# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Bongani Handsom Ndlovu** DOB: 1990; South Africa<br>**Francisco Daniel Diaz** DOB: 1995; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-05736 MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 14, 2020, in the District of Arizona, **Bongani Handsom Ndlovu** and **Francisco Daniel Diaz**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Jaime Ramirez De La Luz, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 14, 2020, in the District of Arizona (Why), United States Border Patrol Agents (BPA) encountered a 1997 Volkswagen Cabrio at the SR-85 immigration checkpoint with three visible occupants. The driver **Francisco Daniel Diaz** told the agent that he went to the border to drop off his uncle and to pick up his friend as well. The vehicle was referred to secondary where BPA determined that the two passengers, **Bongani Handsom Ndlovu** and a male juvenile, were in the U.S. illegally. The male juvenile told the agent that his father was in the trunk. BPA found one illegal alien hiding in the trunk and was identified as Jaime Ramirez De La Luz.

Material witness Jaime Ramirez De La Luz stated that he had arranged to be smuggled into the United States for money. He said that he crossed the border illegally.

In a post-*Miranda* statement, **Ndlovu** said that he and his friend **Diaz** traveled from Las Vegas to the gas station in Lukeville. He said that two approached his friend and spoke to him before getting into the car. He said that one person got into the back seat and the other person got inside the trunk.

In a post-*Miranda* statement, **Diaz** said he agreed to pick up some people in Lukeville and transport them to Phoenix for $1,000 USD. He said that he friend **Ndlovu** agreed to go with him and **Ndlovu** agreed to take his car. When they got to Lukeville, two people got into the car. He was told that that both subjects would have identifications on them and because they would be passing through a checkpoint. **Diaz** said that as they approached the checkpoint, one of the subjects told him that he wanted to get inside the trunk. He stopped and the subject got inside the trunk.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jaime Ramirez De La Luz

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 18, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54